# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON A. SOLARCHICK, minor, by ALAN SOLARCHICK and CARLA SOLARCHICK, and in their own rights,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, JOHN T. DALEY and TONYA DALEY,<br><br>Defendants. | CIVIL ACTION NO. 01-444<br><br><br><br>CHIEF JUDGE AMBROSE |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES

**IT IS HEREBY STIPULATED AND AGREED**, by, between, and among plaintiffs, Alan Solarchick, Carla Solarchick and Jason Solarchick, and defendants, Metropolitan Life Insurance Company, John T. Daley, and Tonya Daley, as evidenced by the signatures of their duly authorized counsel, that this action is dismissed with prejudice and without costs or fees.

AGREED TO BY AND ON
BEHALF OF PLAINTIFFS

By: _____
Kenneth R. Behrend, Esq.
Behrend & Ernsberger, P.C.
Union Bank Building, Suite 300
306 Fourth Avenue
Pittsburgh, PA 15222

Counsel For Plaintiffs,
Alan Solarchick, Carla Solarchick and
Jason Solarchick

AGREED TO BY AND ON
BEHALF OF DEFENDANT

By: _____
B. John Pendleton, Jr., Esq.
McCarter & English, LLP
One Gateway Center
100 Mulberry Street
Newark, NJ 07102

Counsel For Defendants,
Metropolitan Life Insurance Company,
John T. Daley, and Tonya Daley

JUN. 12. 2006 1:40PM    MCCARTER & ENGLISH         NO. 1436   P. 8
Case 2:01-cv-00444-DWA Document 195    Filed 07/10/2006   Page 2 of 2
Case 2:01-cv-00444-DWA Document 196    Filed 07/11/06     Page 2 of 2

IT IS SO ORDERED on this 11th day of ~~June~~ July, 2006.

*Donetta F. Ambrose*
DONETTA AMBROSE
CHIEF JUDGE